UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

          v.

AGRARIA SAN FRANCISCO, INC.,

          Defendant.

------------------------------------- x

No.: 1:21-cv-6968

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AGRARIA SAN FRANCISCO, INC., with prejudice and without fees and costs.

Dated:  New York, New York
         December 23, 2021

                                                                              **GOTTLIEB & ASSOCIATES**

                                                                              */s/Michael A. LaBollita, Esq.*

                                            Michael A. LaBollita, Esq., (ML-9985)
                                                        150 East 18th Street, Suite PHR
                                                                      New York, NY 10003
                                                                           Phone: (212) 228-9795
                                                                               Fax: (212) 982-6284
                                                                            Michael@Gottlieb.legal

                                                                       *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge